United States District Court Western

7-28-25

FILED - GR
July 31, 2025 3:09 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM  SCANNED BY: /m / 8/1

1:25-cv-876
Ray Kent - Magistrate Judge

Charles Holbrook
767925

vs Whitmer Governor

New Case

Petition Complaint

---

We ask again that this court accept our complaint. Kent County and the State of Michigan has put Charles Holbrook in prison for 15 to 40 years. The State still has no evidence that Charles Holbrook has done any wrong. And the State still knows it.

HOLBROOK

2. 89-year old CHARLES HOLBROOK continues to Ask this Court to confirm that CHARLES HOLBROOK is NOT GUILTY of the charges brought by the STATE of MICHIGAN. We Ask this Court to WAIVE the $400.00 FEE for this case. Charles Holbrook has spent 15 years in a Michigan prison. THANK you.

*[signature]*
267925 PRO PER
PRO SE
3104 Longstreet SW
Wyoming, MI 49509

CHARLES HOLBROOK

Charles Holbrook
3104 Longstreet
Wyoming, MI 49509

GRAND RAPIDS MI 493

29 JUL 2025  PM 3  L

U.S. District Court

110 Michigan

Grand Rapids, MI

49503-236399